**National Can Company, appellant, v. Weirton Steel Company, appellee. Gen. No. 28,814.**

Action by a foreign corporation against a foreign corporation on a contract made and to be performed outside the state. Summons and return quashed for want of jurisdiction. Appeal from the Circuit Court of Cook county; the Hon. Lee W. Carrier, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 17, 1924. Rehearing denied March 31, 1924.

Rosenthal, Kurz & Tiedebohl, for appellant; James Rosenthal, Francis J. Houlihan and Sidney Levy, of counsel. Ickes, Lord, Wire & Cobb, for appellee; John S. Lord and Arthur C. Wetterstorm, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

**Walter E. Cler et al., trading as Cler Manufacturing Company, appellees, v. Sam Adelman, appellant. Gen. No. 28,839.**

Suit for balance of purchase price of merchandise sold and delivered and for damages for refusal to accept other merchandise ordered. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Lee W. Carrier, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 17, 1924. Rehearing denied March 31, 1924.

Jacobson, Merrick & Latter, for appellant. James H. Christensen, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

**Oscar L. Gubelman et al., trading as Knauth, Nachod & Kuhne, appellants, v. Bourse Security Company, appellee. Gen. No. 28,804.**

Assumpsit for breach of two contracts to purchase two million German marks. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed April 3, 1924.

Levinson, Becker, Schwartz & Frank and Katz & Sommerich, for appellants; Marshall Solberg, of counsel. Sonnenschein, Berkson, Lautmann & Levinson, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.